IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SYED AKBARULLAH, M.D.; AND BRIAN LIPMAN, M.D., Petitioners, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE DAVID M. JONES, DISTRICT JUDGE, Respondents, and WILLIAM NATHAN BAXTER, Real Party in Interest. | No. 75335 **FILED** APR 1 2 2018 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a summary judgment motion in a tort action. Having considered petitioners' arguments and the supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d. 849, 851 (1991). In particular, we perceive no reason to deviate from our general policy of declining to consider writ petitions challenging orders denying motions for summary judgment, *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997), as the underlying action has been pending since 2013 in district court and has a trial setting for early next month, and it appears that the legal issues raised in the petition may be refined during further pretrial

18-14185

proceedings or at trial and that those issues may be adequately reviewed on an appeal from a final judgment, *see Pan*, 120 Nev. 222, at 224 88 P.3d 840, 841. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

cc:  Hon. David M. Jones, District Judge
     Carroll, Kelly, Trotter, Franzen, McKenna & Peabody
     Naylor & Braster
     Kenneth M. Sigelman & Associates
     Christiansen Law Offices
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A